UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN RANDOLPH WOOD, | No. 2:16-cv-2621 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| JOSIE GASTELO, Warden, | |
| Respondent. | |

Respondent requested an extension of time to file a responsive brief. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 14) is granted; and

2. Respondent shall file a responsive brief on or before March 17, 2017. Petitioner's traverse is due thirty days thereafter.

Dated: March 3, 2017

/wood2621.111

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1