UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN RANDOLPH WOOD,<br><br>Petitioner,<br><br>v.<br><br>JOSIE GASTELO, Warden,<br><br>Respondent. | No. 2:16-cv-2621 MCE KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding pro se and in forma pauperis. Petitioner is pursuing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 21, 2017, briefing was suspended pending respondent's receipt of the <u>Marsden</u> hearing transcript. On May 8, 2017, petitioner filed objections, but appended a copy of the <u>Marsden</u> hearing transcript. Therefore, the suspension is lifted, and a new briefing schedule is set forth below.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's habeas petition within thirty days from the date of this order. <u>See</u> Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, 28 U.S.C. foll. § 2254;

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer; and

1

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

Dated: May 15, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wood2621.100