IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN RANDOLPH WOOD,** | Case No. 2:16-cv-2621 MCE KJN P |
| Petitioner, | **ORDER** |
| v. | |
| **JOSIE GASTELO, Warden,** | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On July 13, 2017, respondent filed a second request for extension of time to file a responsive pleading. No further extensions of time will be granted. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request (ECF No. 30) is granted; and

2. Respondent shall file a responsive pleading on or before August 13, 2017.

Dated: July 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wood2621.ext